FILED

02/28/2020

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CAMERON G. JENSEN,**<br><br>Defendant. | **VIOLATION:**<br>**6026845**<br>**Location Code: M13**<br><br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the above citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for August 7, 2020, in West Glacier, Montana, is **VACATED**.

DATED this 28th day of February, 2020.

_____
John Johnston
United States Magistrate Judge